**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED BY _____ ᴅ.ᴄ.

02 OCT 24  AM 8: 45

Ro... ...rolio
CLERK ... DIST. CT.
W. D. OF TN. MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge Bernice B. Donald, United States District Judge

October 21, 2002

RE:   2:02cr20010-D
      USA v. MELVIN RICE, JR.         ** RESETTING (from 10-22-02)

Dear Sir/Madam:

A **SENTENCING HEARING** has been **SET** in the above referenced matter before **Judge Bernice B. Donald on WEDNESDAY, NOVEMBER 13, 2002 at 1:15 P.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

As to defendant on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:   *Linda Flagg*
      Linda Flagg, Case Manager
      901-495-1238



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:02-CR-20010 was distributed by fax, mail, or direct printing on October 24, 2002 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Melvin Rice
1725 Whitney
Memphis, TN 38127

K. Jayaraman
LAW OFFICES OF K. JAYARAMAN
147 Jefferson Avenue
Ste. 804
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT